**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANDRE WILLIAMS,**

    **Plaintiff,**

v.                               **CASE NO.:  8:18-cv-00302-JSM-JSS**

**PALMER RECOVERY**
**ATTORNEYS, PLLC,**

    **Defendant.**
_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL**

    **COME NOW** Plaintiff, **ANDRE WILLIAMS** ("Plaintiff") and Defendant, **PALMER RECOVERY ATTORNEYS, PLLC** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted this November 16, 2018.

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Ernest H. Kohlmyer, III* |
| Kaelyn Steinkraus, Esq. | Ernest H. Kohlmyer, III, Esq. |
| FBN: 125132 | FBN: 110108 |
| kaelyn@zieglerlawoffice.com | skohlmyer@shepardfirm.com |
| Michael A. Ziegler, Esq. | **Shepard, Smith, Kohlmyer & Hand, P.A.** |
| FBN: 74864 | 2300 Maitland Center Parkway, Ste. 100 |
| mike@zieglerlawoffice.com | Maitland, FL 32751 |
| **Law Office of Michael A. Ziegler, PL** | (Tel) 407-622-1772 |
| 13575 58th St. N., Suite 129 | (Fax) 407-622-1884 |
| Clearwater FL 33760 | *Attorneys for Defendant* |
| (Tel) 727-538-4188 | |
| (Fax) 727-362-4778 | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November, 2018, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132